February 09, 2007

Mr. Jerry Fazio
Owen & Fazio, P.C.
7557 Rambler Rd., Suite 1465
Dallas, TX 75231
Mr. Jason C.N. Smith
Law Offices of Art Brender
600 Eighth Avenue
Fort Worth, TX 76104

RE: Case Number: 05-0911
 Court of Appeals Number: 05-04-00412-CV
 Trial Court Number: 03-04015-A

Style: JACK IN THE BOX, INC.
 v.
 WADE SKILES

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Jim |
| |Hamlin |
| |Ms. Lisa Matz|